UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN MURRAY, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 3:22-cv-01848-W-KSC<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO ARBITRATE AND STAY ACTION [DOC. 5]** |

//
/
/
/
/
//

Having reviewed the parties' Joint Motion and Stipulation to Arbitrate and Stay Action [Doc. 5], and good cause appearing, the Court **GRANTS** the Joint Motion [Doc. 5] and **ORDERS** that claims asserted in this action shall be submitted to binding individual arbitration with the American Arbitration Association pursuant to the terms of the arbitration provision contained in the credit card agreement (Exhibit A to the

Stipulation) governing Plaintiff's credit card account with Citibank, N.A..  The case is **STAYED** pending completion of the arbitration proceedings.

    **IT IS SO ORDERED**.

Dated:  January 17, 2023

_____
Hon. Thomas J. Whelan
United States District Judge